IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LARRY J. HILES, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:18-cv-00049 |
| | ) Judge Trauger |
| CANNON COUNTY SHERIFF'S OFFICE, ET AL., | ) |
| Defendants. | ) |

**O R D E R**

On April 12, 2019, the magistrate judge issued a Report and Recommendation (DE #20), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b), and the pending Motion to Dismiss (Docket No. 15) is DENIED as moot.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 6th day of May 2019.

_____
ALETA A. TRAUGER
U.S. District Judge